**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ORIYOMI ALOBA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-21-959-J |
| | ) |
| FNU LNU, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff, a federal prisoner proceeding pro se, brings this action pursuant to 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Amanda Maxfield Green for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 8]. Judge Green submitted a report and recommendation recommending that Plaintiff's Application for Leave to Proceed in Forma Pauperis be denied and that this case be dismissed without prejudice unless Plaintiff pays the full filing fee within twenty-one days of any order adopting the Report and Recommendation. [Doc. No. 12]. Plaintiff was advised of his right to object to the Report and Recommendation by January 3, 2022. No objection has been filed. Plaintiff has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 12] and DENIES Plaintiff's Application for Leave to Proceed in Forma Pauperis [Doc. No. 2]. Plaintiff is required to pay the $402 filing fee in full by February 4, 2022. If Plaintiff fails to pay the full filing fee by February 4, 2022, this case will be dismissed without prejudice.

IT IS SO ORDERED this 14th day of January, 2022.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE